

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00095-CV

**MEAT SUPPLY, LLC**,
Appellant

v.

**510 S. GOOD LATIMER, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's March 3, 2021 order denying appellant Meat Supply, LLC's motion to dismiss under the Texas Citizens Participation Act is AFFIRMED. We order appellant Meat Supply, LLC to pay the costs of this appeal.

SIGNED March 9, 2022.

_____
Beth Watkins, Justice